## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **DEANGELO BRADLEY,** | **CASE NO. 1:21-CV-00397-PAB** |
| **Plaintiff,** | |
| -vs- | **JUDGE PAMELA A. BARKER** |
| **DICILLO SERVICES, LLC, et al.,** | **JUDGMENT ENTRY** |
| **Defendants.** | |

For the reasons stated in the Memorandum Opinion and Order issued this date, Plaintiff's Motion for Default Judgment (Doc. No. 18) is GRANTED.  Default judgment is entered in Plaintiff's favor against Defendants for $2,014.10 in damages, $10,023.75 in attorney's fees, and $1,049.00 in costs.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　 *s/Pamela A. Barker*
　　　　　　　　　　　　　　　　　　　　　　　　PAMELA A. BARKER
Date:  February 4, 2021　　　　　　　　　　　　U.S. DISTRICT JUDGE